UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff,

v.

        Case No. 8:05-cr-180-T-23MSS

**JERRY MYEA LEE,**

        Defendant.

_____/

## ORDER

**THIS CAUSE** comes on for consideration of Defendant, Jerry Myea Lee's Unopposed Motion for Reconsideration of Order of Detention Pending Trial (Dkt. 10). Defendant asks the Court to reconsider its May 16, 2005, Detention Order (Dkt. 8) in which the Undersigned found that there were no conditions of release that would ensure the Defendant's appearance at future court proceedings and the safety of the community.

Upon review of the Motion for Reconsideration of Order of Detention Pending Trial, the Undersigned finds that the May 16, 2005, Detention Order should stand. That is, despite the Defendant's arguments, the Court remains unable to fashion conditions of release that would ensure Defendant's appearance at trial or that he would not pose a danger to the community.

Accordingly, it is **ORDERED** that Defendant's Motion for Reconsideration of Order of Detention Pending Trial (Dkt. 10) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on this 31st day of May 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Assistant United States Attorney, John F. Rudy
Counsel for Defendant, Mark Rankin
Pretrial Services